DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDGAR BETANCOURT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1584

[August 10, 2023]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; August Bonavita, Judge; L.T. Case No. 502021MM001441.

Carey Haughwout, Public Defender, and Paul Edward Petillo, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Richard Valuntas, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***